**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

MICHAEL CARDWELL,                         Civil File No. 09-2038-JWL/DJW

    Plaintiff,

vs.                                                  **NOTICE OF DISMISSAL**
                                                          **WITH PREJUDICE**

CHECK ADMINISTRATION SERVICES, INC.,

    Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: _03/20/09_                            __/s/ J. Mark Meinhardt_____
                                                       J. Mark Meinhardt #20245
                                                       4707 College Boulevard, Suite 100
                                                       Leawood, KS 66211
                                                       913-451-6163
                                                       Fax 913-451-6163